## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **CHARLOTTE BENSON; CLIFTON BENSON; and C.B., a minor,**<br>*Plaintiff,*<br><br>**v.**<br><br>**CITY OF BRENHAM, et al.,**<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:25-CV-01740-ADA** |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 4. Judge Lane recommends that this Court **DISMISS** the following claims and parties without prejudice:

1. Defendants Karen Stacks, Excel Motors, Asst. Chief Powell, and Lt. Raven;

2. Mrs. Benson's civil rights claims against Defendant City of Brenham; and

3. Mrs. Benson's state-law claims against the remaining Defendants—the City of Brenham, Sgt. Burns, Corp. Kurie, Corp. Malinowski, Sgt. Crosby, Sgt. Randle, Cpt. Kasprowicz, and Det. Caskey.  *Id.* at 9.

The report further recommends that Plaintiff Charlotte Benson's TPIA claims against the City of Brenham and constitutional claims against BPD Officers Sgt. Burns, Corp. Kurie, Corp. Malinowski, Sgt. Crosby, Sgt. Randle, Cpt. Kasprowicz, and Det. Caskey remain as the live claims in the Complaint. *Id.* The report was filed on February 11, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and

recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the following claims and parties are hereby **DISMISSED** without prejudice.

1.  Defendants Karen Stacks, Excel Motors, Asst. Chief Powell, and Lt. Raven;

2.  Mrs. Benson's civil rights claims against Defendant City of Brenham; and

3.  Mrs. Benson's state-law claims against the remaining Defendants—the City of Brenham, Sgt. Burns, Corp. Kurie, Corp. Malinowski, Sgt. Crosby, Sgt. Randle, Cpt. Kasprowicz, and Det. Caskey.

Plaintiff Charlotte Benson's TPIA claims against the City of Brenham and constitutional claims against BPD Officers Sgt. Burns, Corp. Kurie, Corp. Malinowski, Sgt. Crosby, Sgt. Randle, Cpt. Kasprowicz, and Det. Caskey remain as the live claims in the Complaint.

**SIGNED** this 4th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE